

# State of Connecticut
## HOUSE OF REPRESENTATIVES
STATE CAPITOL
HARTFORD, CONNECTICUT 06106-1591

**REPRESENTATIVE TRAVIS SIMMS**
140TH ASSEMBLY DISTRICT

LEGISLATIVE OFFICE BUILDING, ROOM 4049
CAPITOL: (860) 240-8585
TOLL FREE: (800) 842-8267
E-MAIL: Travis.Simms@cga.ct.gov

**ASSISTANT DEPUTY SPEAKER**

**MEMBER**
APPROPRIATIONS COMMITTEE
JUDICIARY COMMITTEE
TRANSPORTATION COMMITTEE

November 20, 2025

The Honorable Michael P. Shea
Abraham A. Ribicoff Federal Building
United States Courthouse
450 Main Street – Annex 135
Hartford, CT 06103

Patricia Stolfi Collins
Assistant United States Attorney
Office of the United States Attorney
District of Connecticut
450 Main Street – Suite 328
Hartford, CT 06103

**Re: Character Letter for Mr. Willi Bazelais**

Dear Judge Shea and Attorney Collins:

I am writing to express my strong support for Mr. Willi Bazelais and to respectfully request your consideration of a sentence of probation in his current matter.

I have known Willi for many years, and throughout that time, he has consistently demonstrated honesty, humility, and a strong work ethic. He has no prior criminal history, nor any pattern of behavior suggesting disregard for the law. In this case, it is my understanding that Willi did not personally commit any criminal act but was found guilty by association, linked to individuals whose actions did not reflect his character or intentions.

Willi has already served four months in federal detention, an experience that greatly affected him and reinforced his commitment to living responsibly. Since his release, he has maintained steady employment in construction in Greenwich, Connecticut, where he is highly regarded for his reliability and dedication.

Willi is also the primary caregiver for his elderly and fragile parents, with whom he lives. His daily presence is essential to their well-being. Recently, his father suffered a serious fall while Willi was out running errands for them. Willi had to immediately return home to lift him, assist him, and ensure his safety. Situations like this are not occasional—they reflect the level of dependence his parents have on him every day. Without Willi's support, their health and stability would be significantly compromised.

Willi has demonstrated through his actions that he poses no threat to the community and is committed to continuing his life as a productive, responsible, and law-abiding citizen. His work, his devotion to his parents, and his sincere remorse all point to someone who is deserving of leniency. A sentence of probation would allow him to remain accountable while still fulfilling his critical family responsibilities and maintaining positive momentum in his life.

Thank you for your time, attention, and thoughtful consideration. Should you need any additional information or wish to speak with me directly, please do not hesitate to contact me.

Respectfully,

State Representative Travis Simms
Connecticut General Assembly – 140th District
Email: Travis.Simms@cga.ct.gov
Phone: (203) 852-3060

Cc: Atty. William M. Bloss